# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PETER P. COYLE,<br>*Plaintiff* | : | CIVIL ACTION |
| v. | : | |
| COMMONWEALTH OF<br>PENNSYLVANIA *et al.*,<br>*Defendants* | : | No. 23-1618 |

## ORDER

And now this 22 day of May, 2023, upon consideration of Plaintiff Peter P. Coyle's Motion for a Temporary Restraining Order and a Preliminary Injunction (Doc. No. 3), it is hereby **ORDERED** that the Motion (Doc. No. 3) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE